IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIN CLEWES, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No. 2:12-cv-01192-GLL |
| | ) | |
| v. | ) | |
| | ) | |
| GARY D. NELSON ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

Dated: February 27, 2013

Respectfully submitted,

/s/ Domenic A. Bellisario

Domenic A. Bellisario, Esquire

310 Grant Street, Suite 1302
Pittsburgh, PA 15219
412-471-6463
domenic@bellisario.com
Attorney for Plaintiff

/s/ Dean F. Falavolito

Dean F. Falavolito, Esquire
Burns White, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
412-394-3390
dffalavolito@burnswhite.com
Attorney for Defendant

SO ORDERED, this 11 day of March, 2013.

_____, C.J.